**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cr-00237-REB

UNITED STATES OF AMERICA,

     Petitioner,

v.

TIMOTHY WAYNE LEE,

     Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered. Pursuant to the ORDER DENYING MOTIONS TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 of Judge Robert E. Blackburn entered on April 30, 2014 it is

ORDERED that the Motion To Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 [24] filed November 19, 2012, is denied; and it is further

ORDERED that under 28 U.S.C. § 2253(c)(2), a certificate of appealability is DENIED.

Dated at Denver, Colorado this 30th day of April, 2014.

                      FOR THE COURT:
                      JEFFREY P. COLWELL, CLERK

By:  s/   K Lyons
_____
K Lyons
Deputy Clerk